IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| DAVID WEBB,<br><br>  Plaintiff,<br><br><br>vs.<br><br><br>TIMOTHY SCOTT, et al,<br><br>  Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br><br>Case No. 1:11-CV-128<br>Judge Dee Benson |

    Before the court is the Report and Recommendation issued by United States Magistrate Judge Dustin D. Pead on February 21, 2014, recommending that:(1) Plaintiff's summary judgment motions be denied without prejudice (Dkt. Nos. 46, 48, 65); (2) the court order Plaintiff to include any future summary judgment claims within a single summary judgment motion; and (3) the court order Plaintiff to refrain from filing a future summary judgment motion until after the court rules on Plaintiff's pending discovery motions (Dkt. Nos. 41, 52, 55, 74, 78, 89, 93, 95).

    The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it.  On February 27, 2014, Plaintiff filed his "Objection to Report and Recommendations."  (Dkt. No. 109.)

    Having reviewed all relevant materials, including Plaintiff's Objection to Report and

Recommendations, and the reasoning set forth in the Magistrate Judge's Report and Recommendation, the court ADOPTS the Report and Recommendation. Accordingly, the court hereby ORDERS as follows:

1. Plaintiff's summary judgment motions are DENIED without prejudice (Dkt. Nos. 46, 48, 65);

2. Plaintiff is ORDERED to include any future summary judgment claims within a single summary judgment motion;

3. Plaintiff is ORDERED to refrain from filing a future summary judgment motion until after the court rules on Plaintiff's pending discovery motions (Dkt. Nos. 41, 52, 55, 74, 78, 89, 93, 95);

DATED this 10th day of March, 2014.

_____
Dee Benson
United States District Judge