FILED
U.S. DISTRICT COURT

2014 APR 29 P 3: 11

DISTRICT OF UTAH

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| DAVID WEBB<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY SCOTT, et al<br><br>Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 1:11-CV-128<br>Judge Dee Benson |

Before the court is the Report and Recommendation issued by United States Magistrate Judge Dustin D. Pead on March 14, 2014, recommending that Plaintiff's motions to hold Defendants liable for non-preservation of relevant discovery be denied (Dkt. Nos. 41; 52; 55), and that Plaintiff's motion to authenticate the dash camera recordings be denied (Dkt. No. 107.)

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. On March 21, 2014, Plaintiff filed his "Objection to Report and Recommendations." (Dkt. No. 123.) Plaintiff also filed Supplemental Objections to the Report and Recommendation. (Dkt. Nos. 127; 128.)

Having reviewed all relevant materials, including Plaintiff's Objections to the Report and Recommendations, and the reasoning in the Magistrate Judge's Report and Recommendation, the court ADOPTS the Report and Recommendation. Accordingly, the court hereby ORDERS as follows:

1. Plaintiff's motions to hold Defendants liable for non-preservation of relevant discovery are DENIED. (Dkt. Nos. 41; 52; 55), and

2. Plaintiff's motion to authenticate the dash camera recordings is DENIED (Dkt. No. 107.)

DATED this 29th day of April, 2014.

Dee Benson
United States District Judge