IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| DAVID WEBB, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY SCOTT, K. MURRAY, TERRY THOMPSON, KEVIN McLEOD, KEVIN BURTON, R. WEST, JOHNSON, R. GATES, A. FLATT, JON GREINER, and THREE JOHN DOES <br><br> Defendants. | **ORDER** <br><br> Case No. 1:11-CV-00128-DB-DBP <br><br> District Judge Dee Benson <br><br> Magistrate Judge Dustin B. Pead |

Before the court is Ogden Defendants' Motion for an Order that They Need not Respond to any Further Filings by Plaintiff (Dkt. No. 240) and Magistrate Judge Dustin B. Pead's Report and Recommendation Dated 08 May 2015. (Dkt. No. 251.)

Pursuant to the court's order granting Ogden Defendants' motion for rule 54(b) certification (Dkt. No. 255), this case is final with regards to the Ogden Defendants. Consequently, they are no longer required to respond to any further filings in this case.

IT IS HEREBY ORDERED that Ogden Defendants' Motion for an Order that They Need not Respond to any Further Filings by Plaintiff is GRANTED.

Dated this 15th day of June, 2015

BY THE COURT:

_____
Judge Dee Benson
District Court Judge