IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| DAVID WEBB, Plaintiff, v. WEBER COUNTY, et al., Defendants. | **MEMORANDUM DECISION AND ORDER OVERRULING PLAINTIFF'S OBJECTIONS** Case No. 1:11-cv-00128 District Judge David Nuffer |
|---|---|

Plaintiff David Webb filed the following objections (collectively, the "Objections"):

- Pro Se Plaintiff's Objection to U.S. Magistrate Judge's Order Denying Mr. Webb's Motion for Leave to File Motion.[1]

- Supplemental Pro Se Plaintiff's Objections to U.S. Magistrate Judge's Order Denying Mr. Webb's Motion for Leave to File Motion.[2]

- Opposition to Docket Text Order Denying Motion for Leave to File Motion for Ogden City Defendants to Surrender the Original Hard-Drive Dash Cam Video.[3]

- Objections to Court Entry After ECF No. 451 & Docket Text Order Denying Motion Seeking Recusal.[4]

- Combined Objections to Order Denying Plaintiff David Webb's Motion to Court for Payment of Fees at Government Expense & Order Denying David Webb's Motion Seeking Recusal.[5]

- Objections to Docket Text Order Denying ECF No. 486 Motion for Leave to File Motion Pursuant to FRCP Rules 60(b) & 60(d) & ECF No. 487 Supplement.[6]

- Combined Objections to Order Denying Motion for Leave to File Motion to Notify Chief U.S. District Judge David Nuffer of 10th Circuit Court of Appeals Precedent &

---

[1] Docket no. 430, filed September 18, 2017.

[2] Docket no. 433, filed September 21, 2017.

[3] Docket no. 442, filed October 13, 2017.

[4] Docket no. 455, filed November 6, 2017.

[5] Docket no. 483, filed February 9, 2018.

[6] Docket no. 491, filed February 27, 2018.

> Motion for Leave to File Motion to Notify Chief U.S. District Judge David Nuffer of U.S. Supreme Court Precedent.[7]

- Objections to Order Granting Motion to Accompany [Proposed] Order Pursuant to 28 U.S.C. 2041, 2042 & FRCP Rule 67, and Local Rule DUCivR 67(g).[8]

## ORDER

Upon consideration of the Objections, and for good cause appearing,

IT IS HEREBY ORDERED that each of the Objections[9] is OVERRULED. The orders of the Magistrate Judge to which the Objections correspond (collectively, the "Magistrate Judge's Orders")[10] are not "clearly erroneous or … contrary to law."[11] Furthermore, having reviewed the Magistrate Judge's Orders[10] de novo, including the record that was before the Magistrate Judge, each of the Magistrate Judge's Orders are hereby AFFIRMED.

Signed September 4, 2018.

BY THE COURT:

David Nuffer
United States District Judge

---

[7] Docket no. 517, filed May 24, 2018.

[8] Docket no. 518, filed May 31, 2018.

[9] Docket no. 430, filed September 18, 2017; Docket no. 433, filed September 21, 2017; Docket no. 442, filed October 13, 2017; Docket no. 455, filed November 6, 2017; Docket no. 483, filed February 9, 2018; Docket no. 491, filed February 27, 2018; Docket no. 517, filed May 24, 2018; Docket no. 518, filed May 31, 2018.

[10] Order Denying Mr. Webb's Motion for Leave to File Motion, docket no. 422, filed September 5, 2017; Docket Text Order Denying Motion for Leave to File, docket no. 436, filed September 29, 2017; Docket Text Order Denying Motion for Leave to File Motion Seeking Recusal, docket no. 452, filed November 2, 2017; Order Denying Plaintiff David Webb's Motion to Court for Payment of Fees at Government Expense, docket no. 480, filed February 1, 2018; Order Denying David Webb's Motion Seeking Recusal, docket no. 481, filed February 1, 2018; Docket Text Order Denying Motion for Leave to File Motion Pursuant to FRCP Rules 60(b)(3) & 60(d)(3), docket no. 490, filed February 21, 2018; Order Denying Motion for Leave to File Motion to Notify Chief U.S. District Judge David Nuffer of U.S. Supreme Court Precedent, docket no. 503, filed May 2, 2018; Order Denying Motion for Leave to File Motion to Notify Chief U.S. District Judge David Nuffer of 10th Circuit Court of Appeals Precedent, docket no. 510, filed May 17, 2018; Order Granting Motion to Accompany Order, docket no. 516, filed May 23, 2018.

[11] Fed. R. Civ. P. 72(a).