IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| DAVID WEBB,<br><br>Plaintiff,<br><br>v.<br><br>WEBER COUNTY, et al.,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER OVERRULING OBJECTIONS**<br><br>Case No. 1:11-cv-00128<br><br>District Judge David Nuffer |

United States Magistrate Judge Evelyn J. Furse entered an order (the "Magistrate Judge's Order")[1] granting in part and denying in part various motions for attorneys' fees and costs. Plaintiff David Webb filed an objection to the Magistrate Judge's Order;[2] Defendants Terry Thompson, Kevin McLeod, Kevin Burton, Alton Johnson, Robert West, and Andrew Flatt also filed an objection to the Magistrate Judge's Order (collectively, the "Objections").[3]

---

[1] Order Granting in Part and Denying in Part (1) Ogden City Defendants' Motion for Determination of Costs and Attorneys' Fees (ECF No. 432), (2) Weber County Defendants' Motion for Determination of Attorney Fees and Costs (ECF No. 437), and (3) Weber County Defendants' Supplemental Motion for Determination of Attorney Fees and Costs (ECF No. 462), docket no. 520, filed June 8, 2018.

[2] Objections to Order Granting in Part and Denying in Part (1) Ogden City Defendants' Motion for Determination of Costs and Attorneys' Fees (ECF No. 432), (2) Weber County Defendants' Motion for Determination of Attorney Fees and Costs (ECF No. 437), and (3) Weber County Defendants' Supplemental Motion for Determination of Attorney Fees and Costs (ECF No. 462) ("Weber's Objection"), docket no. 525, filed June 15, 2018; *see* Response to Objection to Order Granting Costs and Attorneys' Fees, docket no. 529, filed June 20, 2018; Pro Se Plaintiff Webb's Reply to Response to Objections to Order Granting Costs and Attorneys' Fees (Dkt. No. 525) Against ECF No. 529, docket no. 531, filed June 22, 2018.

[3] Weber County Defendants' Objection to Order Granting in Part and Denying in Part (1) Ogden City Defendants' Motion for Determination of Costs and Attorneys' Fees (ECF No. 432), (2) Weber County Defendants' Motion for Determination of Attorney Fees and Costs (ECF No. 437), and (3) Weber County Defendants' Supplemental Motion for Determination of Attorney Fees and Costs (ECF No. 462) ("Weber County's Objection"), docket no. 532, filed June 22, 2018; *see* Pro Se Plaintiff Webb's Response [to] Weber County Defendants' Objection to Order Granting in Part and Denying in Part (1) Ogden City Defendants' Motion for Determination of Costs and Attorneys' Fees (ECF No. 432), (2) Weber County Defendants' Motion for Determination of Attorney Fees and Costs (ECF No. 437), and (3) Weber County Defendants' Supplemental Motion for Determination of Attorney Fees and Costs (ECF No. 462), docket no. 533, filed June 25, 2018.

## ORDER

Upon consideration of the Objections,[4] and for good cause appearing,

IT IS HEREBY ORDERED that each of the Objections[4] is OVERRULED. The Magistrate Judge's Order is not "clearly erroneous or . . . contrary to law."[5] Furthermore, after having reviewed the Magistrate Judge's Order de novo, including the record that was before the Magistrate Judge, the Magistrate Judge's Order[6] is hereby AFFIRMED.

Signed December 4, 2018.

BY THE COURT:

David Nuffer
United States District Judge

---

[4] Webb's Objection, *supra* note 2; Weber County's Objection, *supra* note 3.

[5] FED. R. CIV. P. 72(a).

[6] Magistrate Judge's Order, *supra* note 1.