IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| DAVID WEBB,<br><br>    Plaintiff,<br><br>v.<br><br>WEBER COUNTY, et al.,<br><br>    Defendants. | **MEMORANDUM DECISION AND ORDER OVERRULING OBJECTION**<br><br>Case No. 1:11-cv-00128-DN<br><br>District Judge David Nuffer |

United States Magistrate Judge Evelyn J. Furse entered an order (the "Magistrate Judge's Order")[1] granting Plaintiff David Webb's motion for the disbursement of settlement funds and denying his motion for permission to file an additional motion.[2] Webb has filed an objection to the Magistrate Judge's Order (the "Objection").[3]

## ORDER

Upon consideration of the Objection,[3] and for good cause appearing,

IT IS HEREBY ORDERED that the Objection[3] is OVERRULED. The Magistrate Judge's Order is not "clearly erroneous or . . . contrary to law."[4] Furthermore, after having

---

[1] Order Granting Motion to Accompany Order Pursuant to 28 U.S.C. 2041 & 2042, FRCP Rule 67, Local Rules DUCivR 67(d) & 67(g) (ECF No. 539), and Denying As Moot Motion for Leave to File Motion to Accompany (Proposed) Motion Pursuant to 28 U.S.C. 2041 & 2042, FRCP Rule 67, and Local Rule DUCivR 67(g) (ECF No. 593) ("Magistrate's Order"), docket no. 594, filed January 10, 2019.

[2] Motion to Accompany Order Pursuant to 28 U.S.C. 2041 & 2042, FRCP Rule 67, Local Rules DUCivR 67(d) & 67(g), docket no. 539, filed July 5, 2018; Motion for Leave to File Motion to Accompany (Proposed) Motion Pursuant to 28 U.S.C. 2041 & 2042, FRCP Rule 67, and Local Rule DUCivR 67(g), docket no. 593, filed January 3, 2019.

[3] Partial Opposition to U.S. Magistrate Judge Furse Order (ECF No. 594) Dated 10 January 2019, docket no. 595, filed January 24, 2019.

[4] FED. R. CIV. P. 72(a).

reviewed the Magistrate Judge's Order de novo, including the record that was before the Magistrate Judge, the Magistrate Judge's Order is hereby AFFIRMED.

Signed January 25, 2019.

BY THE COURT:

David Nuffer
United States District Judge